UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:22-cv-02754

PAMELA LOFTIN,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Defendant.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The PARTIES, by and through their undersigned attorneys, hereby jointly stipulate and move that this cause be dismissed with prejudice, including all claims that were or could have been raised in this action, each party bearing its own costs and attorney's fees.

Date: April 21, 2023

| | |
|---|---|
| By: /s/ Nick A. Ortiz | By: /s/ Steve Lehner |
| Nick A. Ortiz, Esq. | Steve Lehner, Esq. |
| Florida Bar No.: 12699 | Florida Bar No.: 39373 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Ortiz Law Firm | Hinshaw & Culbertson, LLP |
| 316 S. Baylen St., Ste. 590 | 100 South Ashley Drive, Suite 500 |
| Pensacola, FL 32502 | Tampa, FL 33602 |
| Telephone: (850) 308-7833 | Telephone: (813) 868-8850 Work |
| nick@nickortizlaw.com | slehner@hinshawlaw.com |